**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

UNITED STATES OF AMERICA      \*

                                \*

      v.                        \*      CR 108-168-3

                                  \*

KEVIN DEMETRIUS SMITH      \*

## O R D E R

In 2009 Defendant Kevin Demetrius Smith pled guilty to his role in a drug-related conspiracy and was sentenced to serve 180 months in prison followed by five years of supervised release. Defendant was released from the custody of the Bureau of Prisons in June 2023, and he has been under the supervision of this district's United States Probation Office since that time.

Defendant has now served over half of his supervised release. Many aspects of his supervisory term are commendable in that he has paid his financial obligations and has maintained steady employment and a stable residence. However, he has violated his curfew on two occasions, and he tested positive for marijuana on June 6, 2025, less than one year ago.

Presently, Defendant seeks to terminate the remainder of his supervised release term. The Government and Defendant's supervising probation officer oppose the motion because of the infractions.

Upon consideration of the foregoing, the Court finds that another six months of full compliance with his terms of supervised release would benefit not only the community at large but Defendant himself.   Accordingly, Defendant Kevin Demetrius Smith's motion for early termination of supervised release (doc. 546) is **DENIED** without prejudice to renew no earlier than August 16, 2026.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of March, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2